UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In Re:
MARTHA AKERS

        Debtor,                Chapter-13 Case No. 16-00600

---

BEAL BANK  -  Movant              Adversary Case No. _____

vs.

MARTHA A. AKERS  -  Debtor

FILED
APR 04 2017
Clerk, U.S. District and
Bankruptcy Courts

## COMPLAINT OBJECTING TO BEAL BANK MOTION FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. §362(d)

Plaintiff hereby allege the following paragraphs and Defendant has not denied I thru II:

I.                           STATEMENT OF FACT

On November 17, 2016, the Defendant, Martha Akers filed a Chapter 13 Bankruptcy case" in the United States Bankruptcy Court for the District of Columbia " because of hardship and duress.
"A Rule 60 motion is the procedural vehicle by which "the moving party may present new facts" that warrant reconsideration of the court's earlier ruling. New York v. United States, 880 F. Supp. 37, 38-39 (D.D.C. 1995) (three-judge panel). Plaintiff submits that such new facts are presented.

II.                          JURISDICTION AND VENUE

1. The Bankruptcy court & District court has jurisdiction pursuant to 28 U.S.C. §§1334(b) or (e).
2. Venue is proper in this Court by means of 28 U.S.C. §§1408 and 1409(a).
3. This is a core proceeding within the meaning of 28 U.S.C. 157 control over property belonging to debtor's estate, and the case rise under or in a case under title 11.

III.                         REQUEST FOR JURY TRIAL

IV.                         **Affidavit of Martha A. Akers**

I, hereby certify that I, Martha Akers is the rightful owner of 1368 H Street, NE, Washington, D.C. This enforcement action is brought to remedy unlawful acts, wrongful forclosure, fraud. et al That this motion is filed in good faith by a aggrieved person and not for the purpose of abuse or delay. I am over the age of 18 years old and competent to testify to the truth of the matters/fact herein.

RECEIVED
Mail Room
APR -5
Angela D. Caesar, Clerk of Court
U.S. Bankruptcy Court, District of Columbia

1

De#87

V.    To This Honorable Court, All Parties And Their Attorneys of record Herein:

Plaintiff hereby allege as follows:

Count 1. A federal courts have authority to resolve complicated disputes of violations of constitutional amendments, fraud, duress, and action pursuant to section 28 U.S.C. 455, 28 U.S.C. 144, judgment entered, contrary to the law. Misrepresenting or deceptive omissions of material fact constitute deceptive acts or practices prohibited by section 5(a) of the FTC Act, 15 U.S.C.§§ 45(a) & 45(n).

Count 2. Tortiously interferes " by deprivation of rights under the color of law.

Count 3. In Public Interest, injustice to one is the foundation for injustice to all U.S. Citizens.

## CONCLUSION

The trial court should uphold the statutory provision and grant relief in accordance with the fore going. to the Plaintiff. Wherefore Defendant making a meritorious showing that a substantial right will be lost, prejudiced, or inadequately preserved without an immediate issuance of a stay.

## CERTIFICATE OF SERVICE

I certify that true copy of this document was hand delivered and sent by regular mail on April 4, 2017.

ROSENBERG & ASSOCIATES, LLC
Kenneth Savitz, Esq.
Tracy Leyba, Esq.
8601 Westwood Center Drive, Suite 255
Vienna VA 22182

Martha A. Akers
1319 Fairmont St, NW
Washington, D.C. 20009

B1040 (FORM 1040) (12/15)

| ADVERSARY PROCEEDING COVER SHEET (Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER (Court Use Only) |
|---|---|
| **PLAINTIFFS** MARTHA AKERS | **DEFENDANTS** BEAL BANK |
| ATTORNEYS (Firm Name, Address, and Telephone No.) Pro Se | ATTORNEYS (If Known) Rosenberg & Associates, LLC |
| PARTY (Check One Box Only) ☒ Debtor  ☐ U.S. Trustee/Bankruptcy Admin  ☐ Creditor  ☐ Other  ☐ Trustee | PARTY (Check One Box Only) ☐ Debtor  ☐ U.S. Trustee/Bankruptcy Admin  ☒ Creditor  ☐ Other  ☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

Fraud - Deception Constitutional violations

### NATURE OF SUIT

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☒ 11-Recovery of money/property - §542 turnover of property
☒ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☒ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny
(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☒ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief – imposition of stay
☒ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa et.seq.
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☒ Check if a jury trial is demanded in complaint | Demand $ 2,000,000. |

Other Relief Sought   See above & to be supplemented.

B1040 (FORM 1040) (12/15)

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES ||||
|---|---|---|---|
| NAME OF DEBTOR Martha Akers | | BANKRUPTCY CASE NO. 16-00600 ||
| DISTRICT IN WHICH CASE IS PENDING District of Columbia | | DIVISION OFFICE | NAME OF JUDGE S Martin Teel Jr |
| RELATED ADVERSARY PROCEEDING (IF ANY) ||||
| PLAINTIFF Beal Bank | DEFENDANT Martha Akers | | ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING || DIVISION OFFICE | NAME OF JUDGE Judith Bartnoff |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF) [signature] ||||
| DATE 21 April 2017 ||| PRINT NAME OF ATTORNEY (OR PLAINTIFF) Martha Akers |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 1040, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 1040 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.